IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID JOEL UMPIERRE,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.
_____/

Case No. 5D21-2686
LT Case No. 2021-101542-MMDL

Decision filed August 9, 2022

Appeal from the County Court
for Volusia County,
Christopher Kelly, Judge.

Matthew J. Metz, Public Defender,
and Victoria Rose Cordero,
Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EVANDER and EISNAUGLE, JJ., concur.